# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| STATE OF LOUISIANA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | Case No. 2:24-cv-00406 <br><br> Hon. Judge James D. Cain, Jr. <br><br> Hon. Magistrate Judge Thomas P. LeBlanc <br><br> **NOTICE OF APPEAL** |

Pursuant to 28 U.S.C. § 1292(a)(1), Defendants Joseph R. Biden, in his official capacity as President of the United States; the United States Department of Energy ("DOE"); Jennifer Granholm, in her official capacity as Secretary of the DOE; David M. Turk, in his official capacity as Deputy Secretary of the DOE; Geri Richmond, in her official capacity as Under Secretary of the DOE; Brad Crabtree, in his official capacity as Assistant Secretary of the DOE; and Amy Sweeney, in her official capacity as Director of the Office of Fossil Energy and Carbon Management within the DOE appeal to the United States Court of Appeals for the Fifth Circuit from the orders entered on July 1, 2024 (Dkt. Nos. 72, 73), which granted the State Plaintiffs' motion for preliminary injunction and denied Defendants' motion to dismiss.

Respectfully submitted this 5th day of August, 2024.

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ J. Scott Thomas*

J. SCOTT THOMAS
KATHARINE LAUBACH

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.

MAGGIE WOODWARD
Trial Attorneys
Natural Resources Section
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 514-3553 (Thomas)
Telephone: (202) 305-8568 (Laubach)
Telephone: (202) 305-4224 (Woodward)
jeffrey.thomas2@usdoj.gov
katharine.laubach@usdoj.gov
maggie.woodward@usdoj.gov

THOMAS SNODGRASS
JEFFREY CANDRIAN
Trial Attorneys
Natural Resources Section
999 18th St., South Terrace, Suite 370
Denver, Colorado 80202
Ph: 303-844-1382 (Candrian)
Email: Jeffrey.candrian@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, I electronically filed **Defendants' Notice of Appeal** with the Clerk of Court using the ECF system, which will automatically send email notification to the attorneys of record.

*/s/ J. Scott Thomas*
JEFFREY SCOTT THOMAS

This document was created by an application that isn't licensed to use novaPDF.
Purchase a license to generate PDF files without this notice.