No. 24-30489

# In the United States Court of Appeals for the Fifth Circuit

State of Louisiana; State of Texas; State of Mississippi; State of Alabama; State of Alaska; State of Arkansas; State of Florida; State of Georgia; State of Kansas; State of Montana; State of Nebraska; State of Oklahoma; State of South Carolina; State of Utah; State of West Virginia; State of Wyoming,

*Plaintiffs-Appellees*,

v.

Joseph R. Biden, Jr.; United States Department of Energy; Jennifer Granholm; David M. Turk; Geri Richmond; Brad Crabtree; Amy Sweeney,

*Defendants-Appellants*.

Appeal from the U.S. District Court for the Western District of Louisiana, No. 2:24-cv-406 (Hon. James D. Cain)

## JOINT MOTION TO HOLD THE APPEAL IN ABEYANCE

| | |
|---|---|
| Elizabeth B. Murrill<br>Attorney General of Louisiana | Todd Kim<br>Assistant Attorney General |
| Office of the Attorney General<br>1885 N. 3rd St.<br>Baton Rouge, LA 70802<br>(225) 506-3746 | Justin D. Heminger<br>Arielle Mourrain Jeffries<br>  Attorneys, Appellate Section<br>  Environment and Natural<br>  Resources Division<br>  U.S. Department of Justice<br>  Post Office Box 7415<br>  Washington, D.C. 20044<br>  (202) 532-3140 |
| J. Benjamin Aguiñaga<br>Solicitor General | |
| Autumn Hamit Patterson<br>Special Assistant Solicitor General | |
| *Counsel for Plaintiff-Appellee State of Louisiana* | *Counsel for Defendants-Appellants* |

(additional counsel listed on signature page)

# CERTIFICATE OF INTERESTED PERSONS

A certificate of interested persons is not required, as Plaintiffs-Appellees and Defendants-Appellants are government entities and government officials sued in their official capacities. 5th Cir. R. 28.2.1.

<div style="text-align: right;">

s/ *Arielle Mourrain Jeffries*
ARIELLE MOURRAIN JEFFRIES

</div>

## JOINT MOTION TO HOLD THE APPEAL IN ABEYANCE

The parties jointly request that the Court hold this appeal in a time-limited abeyance, including briefing deadlines, until April 1, 2025.

1. On January 26, 2024, President Biden issued a statement that his Administration was "announcing today a temporary pause on pending decisions of Liquefied Natural Gas exports—with the exception of unanticipated and immediate national security emergencies." ROA.50. The same day, the Department of Energy stated that "it will initiate a process to update the assessments used to inform whether additional liquefied natural gas (LNG) export authorization requests to non-Free Trade Agreement countries are in the public interest." ROA.1045. The Department further stated that "until updated, DOE will pause determinations on pending applications for export of LNG to non-Free Trade Agreement countries." ROA.1046.

2. Louisiana and 15 other States sued the President, the Department of Energy, and agency officials (collectively the "Department"), alleging that the Department unlawfully imposed an "LNG Export Ban" in violation of the Natural Gas Act and Administrative Procedure Act. ROA.25-86. Plaintiff States also filed a

motion to stay the "LNG Export Ban" under 5 U.S.C. § 705 or for a preliminary injunction. ROA.160-99.

3. The district court found that the Department "effectively ban[ned] new authorization of LNG [liquefied natural gas] exports to all but 18 countries" and was a final agency action that was subject to judicial review. ROA.1364; ROA.1389. The district court concluded that Plaintiff States were likely to succeed on the merits of their claims and satisfied the remaining preliminary-relief factors. ROA.1404-23. It accordingly granted Plaintiff States' motion for a preliminary injunction on July 1, 2024. ROA.1425-26.

4. On August 5, 2024, the Department filed a notice of appeal. ROA.1435. On November 1, 2024, the Department filed its opening brief. The current deadline for Plaintiff States' response brief is January 2, 2025.

5. The parties anticipate that this case may become moot in a relatively short period of time. As the parties continue to evaluate changing circumstances and discuss their views, they agree that holding this appeal in abeyance would best conserve the parties' and the Court's

resources. The parties expect to update the Court on the status of the mootness issue on or before April 1, 2025.

6. Accordingly, rather than ask for this Court's review only for the matter to shortly become moot, the parties seek to hold this appeal in abeyance in furtherance of judicial economy and conserving the parties' resources. The Court's authority to order such an abeyance is well-settled. *See Landis v. North Am. Co.*, 299 U.S. 248, 253 (1936) ("The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."); *Nat'l Parks Conservation Ass'n v. United States Env't Prot. Agency*, 991 F.3d 681, 683 (5th Cir. 2021) (holding an appeal in abeyance while an agency concluded further action related to an administrative determination).

## CONCLUSION

For the foregoing reasons, the parties respectfully request that the Court place this appeal in a time-limited abeyance, including all briefing deadlines, until April 1, 2025.

Respectfully submitted,

ELIZABETH B. MURRILL
Attorney General of Louisiana

*/s/Arielle Mourrain Jeffries*
TODD KIM
Assistant Attorney General

*/s/Autumn Hamit Patterson*
J. BENJAMIN AGUIÑAGA
Solicitor General
AUTUMN HAMIT PATTERSON
Special Assistant Solicitor General

JUSTIN D. HEMINGER
ARIELLE MOURRAIN JEFFRIES
   Attorneys, Appellate Section
   U.S. Department of Justice
   Environment & Natural
   Resources Division

OFFICE OF THE ATTORNEY GENERAL
1885 N. 3rd St.
Baton Rouge, LA 70802
(225) 506-3746

*Counsel for Defendants-Appellants*

*Counsel for Plaintiff-Appellee State of Louisiana*

4

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas<br>BRENT WEBSTER<br>First Assistant Attorney General<br>JAMES LLOYD<br>Deputy Attorney General for Civil Litigation<br>KELLIE E. BILLINGS-RAY<br>Chief, Environmental Protection Division<br><br>*/s/Ian M. Lancaster*<br>IAN M. LANCASTER<br>  Assistant Attorney General<br>H. CARL MYERS<br>  Assistant Attorney General<br>OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>ENVIRONMENTAL PROTECTION DIVISION<br>P.O. Box 12548, MC-066<br>Austin, Texas 78711-2548<br>(512) 463-2012<br><br>*Counsel for Plaintiff-Appellee State of Texas* | LYNN FITCH<br>Attorney General of Mississippi<br><br>*/s/Justin L. Matheny*<br>JUSTIN L. MATHENY<br>  Deputy Solicitor General<br>MISSISSIPPI ATTORNEY GENERAL'S OFFICE<br>P.O. Box 220<br>Jackson, MS 39205<br>(601) 359-3680<br><br>*Counsel for Plaintiff-Appellee State of Mississippi*<br><br>STEVE MARSHALL<br>Attorney General of Alabama<br><br>*/s/Edmund G. LaCour Jr.*<br>EDMUND G. LACOUR JR.<br>  Solicitor General<br>OFFICE OF THE ATTORNEY GENERAL STATE OF ALABAMA<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, Alabama 36130-0152<br>(334) 242-7300<br><br>*Counsel for Plaintiff-Appellee State of Alabama* |

<div style="display:flex">

TREG TAYLOR
Attorney General of Alaska

/s/ Ronald W. Opsahl
RONALD W. OPSAHL
STATE OF ALASKA
DEPARTMENT OF LAW
1031 West 4th Avenue, Suite 200
Anchorage, AK 99501-1994
P.O. Box 110300
907-269-5100

*Counsel for Plaintiff-Appellee State of Alaska*

</div>

TIM GRIFFIN
Attorney General of Arkansas

/s/Nicholas J. Bronn
NICHOLAS J. BRONN
  Solicitor General
DYLAN L. JACOBS
  Deputy Solicitor General
OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-6302

*Counsel for Plaintiff-Appellee State of Arkansas*

ASHLEY MOODY
Attorney General of Florida

/s/Henry Charles Whitaker
HENRY CHARLES WHITAKER
  Solicitor General
OFFICE OF THE FLORIDA
ATTORNEY GENERAL
PL-01 the Capitol
Tallahassee, Florida 32399
(850) 414-3300

*Counsel for Plaintiff-Appellee State of Florida*

CHRISTOPHER M. CARR
Attorney General of Georgia

/s/Stephen J. Petrany
STEPHEN J. PETRANY
  Solicitor General
OFFICE OF THE ATTORNEY GENERAL
40 Capitol Square SW
Atlanta, Georgia 30334
(404) 458-3408

*Counsel for Plaintiff-Appellee State of Georgia*

| | |
|---|---|
| KRIS W. KOBACH<br>Attorney General of Kansas | AUSTIN KNUDSEN<br>Attorney General of Montana |
| */s/Anthony J. Powell*<br>ANTHONY J. POWELL<br>  Solicitor General<br>Memorial Building, 2nd Floor<br>120 S.W. 10th Avenue<br>Topeka, Kansas 66612-1597<br> (785) 296-2215<br><br>*Counsel for Plaintiff-Appellee*<br>*State of Kansas* | */s/Christian B. Corrigan*<br>CHRISTIAN B. CORRIGAN<br>   Solicitor General<br>MONTANA DEPARTMENT OF JUSTICE<br>215 North Sanders<br>P.O. Box 201401<br>Helena, Montana 59620-1401<br>(406) 444-2026<br><br>*Counsel for Plaintiff-Appellee*<br>*State of Montana* |
| MICHAEL T. HILGERS<br>Attorney General of Nebraska | GENTNER DRUMMOND<br>Attorney General of Oklahoma |
| */s/Grant D. Strobl*<br>GRANT D. STROBL<br>   Assistant Solicitor General<br>OFFICE OF THE NEBRASKA<br>ATTORNEY GENERAL<br>2115 State Capitol<br>Lincoln, NE 68509<br>(402) 471-2683<br><br>*Counsel for Plaintiff-Appellee*<br>*State of Nebraska* | */s/Garry M. Gaskins, II*<br>GARRY M. GASKINS, II<br>   Solicitor General<br>OFFICE OF OKLAHOMA ATTORNEY<br>GENERAL<br>313 NE 21st Street<br>Oklahoma City, Oklahoma 73105<br>(405) 521-3921<br><br>*Counsel for Plaintiff-Appellee*<br>*State of Oklahoma* |

<div style="columns:2">

ALAN WILSON
Attorney General of South Carolina

*/s/Joseph D. Spate*
JOSEPH D. SPATE
  Assistant Deputy Solicitor General
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371

*Counsel for Plaintiff-Appellee State of South Carolina*

PATRICK MORRISEY
Attorney General of West Virginia

*/s/Michael R. Williams*
MICHAEL R. WILLIAMS
  Principal Deputy Solicitor General
OFFICE OF THE WEST VIRGINIA ATTORNEY GENERAL
1900 Kanawha Blvd. East
Building 1, Room E-26
Charleston, WV 25305
(304) 558-2021

*Counsel for Plaintiff-Appellee State of West Virginia*

SEAN D. REYES
Attorney General of Utah

*/s/Stanford E. Purser*
STANFORD E. PURSER
  Utah Solicitor General
350 N. State Street, Suite 230
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 538-9600

*Counsel for Plaintiff-Appellee State of Utah*

BRIDGET HILL
Attorney General of Wyoming

*/s/D. David DeWald*
D. DAVID DEWALD
  Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL OF WYOMING
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895

*Counsel for Plaintiff-Appellee State of Wyoming*

</div>

December 2024
90-1-0-17585

## CERTIFICATE OF CONFERENCE

In accordance with Fifth Circuit Rule 27.4, I certify that I contacted counsel for Plaintiffs-Appellees. This motion is unopposed and joined by all parties to this appeal.

*/s/Arielle Mourrain Jeffries*
ARIELLE MOURRAIN JEFFRIES

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2024, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

<div style="text-align:right">

*/s/Arielle Mourrain Jeffries*
ARIELLE MOURRAIN JEFFRIES

</div>

## CERTIFICATE OF COMPLIANCE

I hereby certify:

1.  This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts of the document exempted by Rule 32(f), this document contains 527 words.

2.  This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century font.

<div style="text-align: right;">
<i>/s/Arielle Mourrain Jeffries</i><br>
ARIELLE MOURRAIN JEFFRIES
</div>