No. 24-30489

# In the United States Court of Appeals for the Fifth Circuit

STATE OF LOUISIANA; STATE OF TEXAS; STATE OF MISSISSIPPI; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF KANSAS; STATE OF MONTANA; STATE OF NEBRASKA; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF UTAH; STATE OF WEST VIRGINIA; STATE OF WYOMING,

*Plaintiffs-Appellees,*

v.

JOSEPH R. BIDEN, JR.; UNITED STATES DEPARTMENT OF ENERGY; JENNIFER GRANHOLM; DAVID M. TURK; GERI RICHMOND; BRAD CRABTREE; AMY SWEENEY,

*Defendants-Appellants.*

Appeal from the U.S. District Court for the
Western District of Louisiana, No. 2:24-cv-406 (Hon. James D. Cain)

## APPELLANTS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

ARIELLE MOURRAIN JEFFRIES
Attorney, Appellate Section
Environment and Natural
Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 532-3140

*Counsel for Defendants-Appellants*

# CERTIFICATE OF INTERESTED PERSONS

A certificate of interested persons is not required, as Defendants-Appellants are government entities and government officials sued in their official capacities. 5th Cir. R. 28.2.1.

/s/ Arielle Mourrain Jeffries
ARIELLE MOURRAIN JEFFRIES

**APPELLANTS' UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(b), Defendants-Appellants move for voluntary dismissal of the above captioned appeal. Plaintiffs-Appellees do not oppose this motion.

Respectfully submitted,

*/s/ Arielle Mourrain Jeffries*

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General

ARIELLE MOURRAIN JEFFRIES
Attorney, Appellate Section
Environment and Natural
Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 532-3140

*Counsel for Defendants-Appellants*

March 2025
90-1-0-17585

1

**CERTIFICATE OF CONFERENCE**

In accordance with Fifth Circuit Rule 27.4, I certify that I contacted counsel for Plaintiffs-Appellees. This motion is unopposed by all parties to this appeal.

/s/ *Arielle Mourrain Jeffries*
ARIELLE MOURRAIN JEFFRIES

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2025, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all registered CM/ECF users.

/s/ *Arielle Mourrain Jeffries*
ARIELLE MOURRAIN JEFFRIES

# CERTIFICATE OF COMPLIANCE

I hereby certify:

1.      This document complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts of the document exempted by Rule 32(f), this document contains 24 words.

2.      This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 365 in 14-point Century Schoolbook font.

*/s/ Arielle Mourrain Jeffries*
ARIELLE MOURRAIN JEFFRIES
